UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Christopher Lautieri,
Plaintiff

C.A. No. 04-067 S

v.

Aramark Services, Inc.
Defendant

**DISMISSAL STIPULATION**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant in the above matter stipulate to the dismissal of this action in its entirety including all claims and counterclaims. This dismissal is with prejudice and without any award of fees, costs or other monetary sanctions to either Plaintiff or Defendant.

Plaintiff
By His Attorney

Stephen T. Fanning

Stephen T. Fanning, Esq. #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 fax

Defendant
By Its Attorney

Gary St. Peter (By STF w/ Permission)

Gary St. Peter, Esq. #1672
St. Peter & Kasle
Four Richmond Sq.
Providence, RI 02906
401-453-4330

ENTER: Ernest C. Torres

Ernest C. Torres
Chief, U.S. District Judge

DATE: 7/5/05